FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Apr 28 2022

KEVIN P. WEIMER, Clerk

By: s/James Jarvis
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DION MARQUISE HAYES | Criminal Action No.<br><br>1:22-MJ-384<br><br>**UNDER SEAL** |

### Order

Having read and considered the Government's Motion to Seal **Criminal Complaint** and application and for good cause shown,

It is hereby ORDERED that the **Criminal Complaint** and application be sealed.

SO ORDERED this 28th day of April 2022.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

Presented by:
Ryan K. Buchanan, Assistant United States Attorney