**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: May 04 2022

**KEVIN P. WEIMER**, Clerk

By: s/Kevin Morris
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DION MARQUISE HAYES | Criminal Action No.<br><br>1:22-MJ-384 |

**Motion to Unseal Complaint**

The United States of America, by Ryan K. Buchanan, United States Attorney for the Northern District of Georgia, moves this court to unseal the **Complaint** in the above-styled case and in support thereof shows that Defendant Dion Hayes has been arrested in Michigan.

WHEREFORE, the government respectfully requests that the **Complaint** be unsealed.

Respectfully submitted,

/s/RYAN K. BUCHANAN
UNITED STATES ATTORNEY
Georgia Bar No. 623388
Ryan.Buchanan@usdoj.gov