USMS: 58219-039
F.d. 4014794

# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>DION MARQUISE HAYES | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number: 1:22-MJ-384 |

TO: The United States Marshal
and any Authorized United States Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 26 2022

YOU ARE HEREBY COMMANDED to arrest DION MARQUISE HAYES and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him with: failure to surrender for service of sentence,

in violation of Title 18, United States Code, Section 3146.

| | |
|---|---|
| CHRISTOPHER C. BLY<br>Name of Issuing Officer | United States Magistrate Judge<br>Title of Issuing Officer |
| *(signature)*<br>Signature of Issuing Officer | April 28, 2022<br>Atlanta, Georgia<br>Date and Location |

Bail Fixed at $_____   by_____
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 04/28/2022

Date of Arrest: 05/04/2022

Name and Title of Arresting Officer

DUSM Krown
Signature of Arresting Officer