ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 7 2022

Kevin P. Weimer, Clerk
By: _____
     Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DION MARQUISE HAYES | Criminal Indictment<br><br>No. 1:22-CR-0207 |

THE GRAND JURY CHARGES THAT:

On or about April 12, 2022, in the Northern District of Georgia and elsewhere, the defendant, DION MARQUISE HAYES, having been released pursuant to Chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after revocation of a probationary sentence following his conviction, in the United States District Court for the Northern District of Georgia, of the offense of possessing a firearm while being a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), and having been directed by the court to surrender to the Bureau of Prisons at the McDowell Federal Correctional Institution in Welch, West Virginia, did knowingly and willfully fail to surrender

for service of sentence as ordered by the court, all in violation of Title 18, United States Code, Section 3146(a)(2).

A \_\_\_True_____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*Erin N. Spritzer*
ERIN N. SPRITZER
*Assistant United States Attorney*
Georgia Bar No. 152374

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2