UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | CASE NO: 1:22-CR-207-WMR-LTW |
| ) | |
| ) | |
| DION HAYES, ) | |
|     Defendant. ) | |
| _____ | |

## MOTION TO CONTINUE PRETRIAL CONFERENCE

COMES NOW the defendant, Dion Hayes, by and through undersigned counsel and moves to continue the pretrial conference and pretrial motions deadline for a period of at least 30 days. In support thereof Mr. Hayes shows the following:

1.

This case is currently set for a pretrial conference on July 14, 2022.

2.

Undersigned counsel is requesting the pretrial conference be continued to provide for adequate time to review discovery.

3.

Undersigned counsel has reached out to AUSA Erin Spritzer regarding this request and she has indicated that she has no objection to a continuance.

Therefore, Mr. Hayes respectfully requests that this Motion for Continuance be granted and that the Court exclude the period of the continuance from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(7)(A).

                  Respectfully submitted,

                  *s/Marissa Goldberg*
                  MARISSA GOLDBERG
                  Georgia Bar No. 672698
                  The Findling Law Firm, P.C.
                  One Securities Centre
                  3490 Piedmont Road, Suite 600
                  Atlanta, Georgia 30305
                  Office (404) 460-4500

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion:

**MOTION TO CONTINUE PRETRIAL CONFERENCE**

Was served upon opposing counsel:

Assistant United States Attorney Erin Spritzer

By ECF Filing.

Dated: July 12, 2022

                                                      s/Marissa Goldberg_____
                                                      Marissa Goldberg
                                                      Georgia Bar No. 672798