

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*   *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*   *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

July 25, 2022

Courtroom Deputy
United States District Court
for the Northern District of Georgia
75 Ted Turner Drive, SW
Atlanta, GA 30303

    Re: U.S. v. Octavious McGhee, 1:21-CR-00140
        U.S. v. Octavious McGhee, 1:22-CR-00166
        U.S. v. Roman Quintanilla-Camarena, 1:22-CR-00108
        U.S. v. Jermaine Brown, 4:22-CR-00019
        U.S. v. Antonio Cooper, 1:22-CR-00123
        U.S. v. Antonio Cooper, 1:21-CR-00371
        U.S. v. Kasie Arrant, 1:21-CR-00506
        U.S. v. Michael Battle, 1:20-CR-00252
        U.S. v. Joshua Myles, 1:21-CR-00125
        U.S. v. Jamaul Boyce, 1:20-CR-00217
        U.S. v. Cecil Hall, 1:21-CR-00212
        U.S. v. Edward Carter, 1:15-CR-00384
        U.S. v. Kenneth Pike, 1:22-CR-00023
        U.S. v. Tarell McCall, 1:21-CR-00474
        U.S. v. Jonast Abraham, 1:22-CR-00196
        U.S. v. Ryan Meyung, 4:22-CR-00020
        U.S. v. Dion Hayes, 1:22-CR-00207
        U.S. v. Trent Allison, 3:22-CR-00006
        U.S. v. Jeffrey Bourassa, 4:18-CR-00003
        U.S. v. Jeremy Stephens, 3:20-CR-00019
        U.S. v. Craig, et al, 1:16-CR-00145
        U.S. v. Warren Mitchell, 1:20-CR-00128
        U.S. v. Thomas Gbenedio, 1:17-CR-00430
        U.S. v. Thaddeus Rhodes, 1:19-CR-00073

Dear Courtroom Deputy:

 This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from July 29, 2022, August 1 - 2, 2022, August 5, 2022, September 26 – 27, 2022, and October 5, 2022. I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

         Sincerely,

         RYAN K. BUCHANAN
         *United States Attorney*


         */s/ Erin N. Spritzer*

         ERIN N. SPRITZER
         *Assistant United States Attorney*

cc: Counsel for Defendant