# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:22-cr-00207-WMR-LTW**
**USA v. Hayes**
**Honorable William M. Ray, II**

Minute Sheet for proceedings held In Open Court on 04/26/2023.

TIME COURT COMMENCED: 11:25 A.M.
TIME COURT CONCLUDED: 12:40 P.M.      COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:15                                      DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Dion Marquise Hayes Present at proceedings |
| ATTORNEY(S) PRESENT: | Drew Findling representing Dion Marquise Hayes<br>Marissa Goldberg representing Dion Marquise Hayes<br>Zachary Kelehear representing Dion Marquise Hayes<br>Erin Spritzer representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Counsel argued sentencing time. Defendant allocuted. Defendant sentenced as to Count 1 of the Criminal Indictment and advised of appeal rights. See Judgment and Commitment for sentence. CUSM |
| HEARING STATUS: | Hearing Concluded |